AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

**FILED**
U.S. District Court
District of Kansas

**JAN 09 2013**

Clerk, U.S. District Court
By _Clerk_ Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Information associated with the email account "cpfan01@gmx.com"<br>That is stored at premises controlled by<br>1&1 Media & Mail Inc., an e-mail provider headquartered at<br>701 Lee Rd. Suite. 300, Chesterbrook, PA 19087 | )<br>)<br>)<br>)   Case No. 12-m-6230-01-KGG<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ~~District of Kansas~~ *(identify the person or describe the property to be searched and give its location)*

Eastern District of Pennsylvania

See Attachment A

The person or property to be searched, described above, is believed to conceal:   *(identify the person or describe the property to be seized)*

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   Dec 13, 2012

*(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   Kenneth G. Gale

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   3 Dec 2012 1410        _Kenneth G. Gale_

*Judge's signature*

City and state:      Wichita, KS              Kenneth G. Gale, United States Magistrate Judge

*Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 12-M-6230-01-KGG | Date and time warrant executed: 12/02/12 / 10:02 AM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

CD Containing SUBSCRIBER InFORMATION & E-MAIL TRAFFIC.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-9-2013

_____
*Executing officer's signature*

Mark S. Lofain, SA.
_____
*Printed name and title*

_____
*Judge's signature*

## ATTACHMENT A
**Property to Be Searched**

This warrant applies to information associated with the following e-mail address:

cpfan01@gmx.com

That is stored at premises owned, maintained, controlled, or operated by 1&1 Mail & media Inc., an e-mail provider headquartered at 701 Lee Rd., Chesterbrook, PA 19087.

## ATTACHMENT B
### Particular Things to be seized

**I.**     **Information to be disclosed by 1 & 1 Mail & Media, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of 1 & 1 Mail & Media, Inc., including any e-mails, records, files, logs, or information that have been deleted but are still available to 1 & 1 Mail & Media, Inc. or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), 1 & 1 Mail & Media, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.     The contents of all e-mails associated with the account (including attachments), including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

d.     All records pertaining to communications between 1 & 1 Mail & Media, Inc. and any person regarding the account, including contacts with support services and records of actions taken.

**II.**     **Information to be seized by the government**

a.     All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 USC §2252 (a), certain activities relating to material involving the sexual exploitation of minors, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:
data tending to show the user of the account, including but not limited to subscriber information, IP logs, address books, friend-lists or buddy-lists, headers, salutations, and email content referencing the user or other identifier information such as credit card numbers, phone numbers or physical addresses; content that is child pornography or indicative of an interest in the sexual exploitation of children, including but not limited to images of child pornography, images of child erotica, communications about child pornography or the possession, receipt, distribution or production of such materials or the sexual exploitation of children, communications about literature or writings related to the sexual exploitation of children.

b.     Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS<br>PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct. I am employed by 1 & 1 Mail & Media, Inc.

and my official title is _____. I am a custodian of records for 1 &

1 Mail & Media, Inc. I state that each of the records attached hereto is the original record or a

true duplicate of the original record in the custody of 1 & 1 Mail & Media, Inc. and that I am the

custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state

that:

      a.     all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person with

knowledge of those matters;

      b.     such records were kept in the ordinary course of a regularly conducted business

activity of 1 & 1 Mail & Media, Inc.; and

      c.     such records were made by 1 & 1 Mail & Media, Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____     _____

Date                            Signature

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

**FILED**
U.S. District Court
District of Kansas

**JAN 09 2013**

Clerk, U.S. District Court
By *Clerk* Deputy Clerk

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) |
| Information associated with the email account "cpfan01@gmx.com" | ) |
| That is stored at premises controlled by | ) |
| I&1 Media & Mail Inc., an e-mail provider headquartered at | ) |
| 701 Lee Rd. Suite. 300, Chesterbrook, PA 19087 | ) |

Case No. 12-m-6230-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Eastern_____ District of _____Pennsylvania_____ *(identify the person or describe property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___2251, 2252___ , and the application is based on these facts:

☑ Continued on the attached sheet. (see attached affidavit of probable cause)

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mark Larkin, SA, DHS HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Dec 3, 2012__

*Judge's signature*

City and state: Wichita, KS

Kenneth G. Gale, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**
**Property to Be Searched**

This warrant applies to information associated with the following e-mail address:

cpfan01@gmx.com

That is stored at premises owned, maintained, controlled, or operated by 1&1 Mail & media Inc., an e-mail provider headquartered at 701 Lee Rd., Chesterbrook, PA 19087.

## ATTACHMENT B
### Particular Things to be seized

**I.     Information to be disclosed by 1 & 1 Mail & Media, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of 1 & 1 Mail & Media, Inc., including any e-mails, records, files, logs, or information that have been deleted but are still available to 1 & 1 Mail & Media, Inc. or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), 1 & 1 Mail & Media, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.     The contents of all e-mails associated with the account (including attachments), including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

d.     All records pertaining to communications between 1 & 1 Mail & Media, Inc. and any person regarding the account, including contacts with support services and records of actions taken.

**II.     Information to be seized by the government**

a.     All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 USC §2252 (a), certain activities relating to material involving the sexual exploitation of minors, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:
data tending to show the user of the account, including but not limited to subscriber information, IP logs, address books, friend-lists or buddy-lists, headers, salutations, and email content referencing the user or other identifier information such as credit card numbers, phone numbers or physical addresses; content that is child pornography or indicative of an interest in the sexual exploitation of children, including but not limited to images of child pornography, images of child erotica, communications about child pornography or the possession, receipt, distribution or production of such materials or the sexual exploitation of children, communications about literature or writings related to the sexual exploitation of children.

b.     Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS</u>
## <u>PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct. I am employed by 1 & 1 Mail & Media, Inc.

and my official title is _____. I am a custodian of records for 1 &

1 Mail & Media, Inc. I state that each of the records attached hereto is the original record or a

true duplicate of the original record in the custody of 1 & 1 Mail & Media, Inc. and that I am the

custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state

that:

      a.     all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person with

knowledge of those matters;

      b.     such records were kept in the ordinary course of a regularly conducted business

activity of 1 & 1 Mail & Media, Inc.; and

      c.     such records were made by 1 & 1 Mail & Media, Inc. as a regular practice.

     I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____     _____

Date                 Signature

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE E-MAIL ACCOUNT cpfan01@gmx.com THAT IS STORED AT PREMISES CONTROLLED BY 1&1 Mail & Media Inc. 701 LEE RD. CHESTERBROOK, PA 19807 | Case No. 12-m-6230-01-KGG **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF APPLICATION

## FOR SEARCH WARRANT

I, Mark S. Larkin, Special Agent of Homeland Security Investigations, being duly sworn, do hereby depose and state:

### I.  Introduction

1. I, Special Agent (SA) Mark Larkin of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), am assigned to the Office of HSI Wichita, Kansas. I have been employed by ICE for approximately 17 years. Prior to service with ICE, I served for 3 years as a police officer for the Department of Veterans Affairs, 1 year as a Criminal Investigator for the Burlington Northern Railroad, 3 years as a Deputy and Detective for the Sarpy County Sheriff's Office in Nebraska, 1 year as a Corrections Officer for the State of Nebraska and 5 years as a Military Police Officer for the United States Army and Army Reserve. During my employment with ICE, I have had the opportunity to conduct, coordinate and participate in many investigations relating to Child Pornography and the Sexual Exploitation of Children.  I have had the opportunity to conduct, coordinate, and participate in investigations of violations of Title 18, United States Code (U.S.C) § 2252, certain activities relating to material involving the sexual exploitation of minors, and Title 18, U.S.C. § 2252A, certain activities relating to material constituting or containing child pornography.

2. As a special agent of HSI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, United States Code §2252 and 2252a. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against

children, document fraud, benefits fraud, illegal entry to the United States, and other federal crimes. I have participated in the preparation and execution of many search warrants, involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

3.  The information in this affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by other law enforcement investigators and witnesses, involved in this investigation. Since this affidavit is being submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only those facts that I believe are necessary to establish the existence of probable cause to support a search warrant.

4.  I make this affidavit in support of an application for a search warrant for content and records associated with the accounts cpfan01@gmx.com which are stored at premises owned, maintained, controlled, or operated by 1&1 Media & Mail Inc., an e-mail provider headquartered at 701 Lee Rd. Suite. 300, Chesterbrook, PA 19087. The information and accounts to be searched are described in the following paragraphs and in Attachments A and B. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require 1&1 Media & Mail Inc., to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts referenced

5.  I have probable cause to believe that evidence of violations of 18 U.S.C. §§ 2251, 2252, 2252A involving the use of a computer in or affecting interstate commerce to produce, advertise, transport, receive, distribute, possess and/or access child pornography is located in and within the aforementioned account. I have reason to believe that the member accounts that are the subject of the instant application will have stored information and communications that are relevant to this investigation. Thus, as outlined below, and based on my training and experience, there is probable cause to believe that evidence, fruits and/or instrumentalities of the aforementioned crimes are located in the accounts.

6.  I am familiar with the information contained in this Affidavit based upon the investigation I have conducted, along with my conversations with law enforcement officers and others and review of reports and database records.

7.  This Affidavit is submitted for the limited purpose of securing a search and seizure warrant. It does not include each and every fact known to me or the government about the investigation. I have set forth only those facts that I believe are necessary to establish probable cause.

2

## II. Investigation

8. On March 13, 2012 the HSI Child Exploitation Investigations Unit (CEIU) received an email from the U.S. Department of State Diplomatic Service (through the HSI Attaché Vienna) regarding an investigation by the Serbian Ministry of Interior (MUP). Attached to the email was a Request for Assistance (RFA) letter stating that police officers with Serbia's Service for Combating Organized Crime, Department for Combating High-Tech Crime had uncovered several websites, apparently based in the United States, that were involved in the distribution of child pornography.

9. Additional information regarding the sites was provided on a CD-R disk that was received by the CEIU on March 20, 2012. The CD-R disk contained partial images of the websites as well as the website registration information collected by the MUP.

10. Initial examination of the contents of the CD-R disk revealed that four of the websites identified by the Serbians were registered and hosted in the United States and that one of the websites is hosted in Herndon, Virginia.

11. On March 29, 2012, CEIU Agents examined the preserved contents of the websites DEMOTIVATS.COM, guru.forexclub.us.com, tufibruno.com, and candytop.ch.vu. The websites Demotivats.com and tufibruno.com are registered with and hosted by GoDaddy.com, LLC in Scottsdale, Arizona. The website guru.forexclub.us.com is registered to Alec Lesley in Atlanta, Georgia and hosted by Network Solutions LLC located in Herndon, VA. The website candytop.ch.vu is registered to and hosted by Main Hosting Host master in Asheville, NC. Images contained on the websites depict prepubescent females being vaginally penetrated by an unknown adult male, prepubescent females performing oral sex on an unknown adult male, and prepubescent females posing in sexually explicit positions. Images located on the guru.forexclub.us.com website hosted in Herndon, VA depicts images of prepubescent, pubescent, and post pubescent females photographed in sexually explicit poses with emphasis placed upon on the breasts and unclothed genitalia. The information provided to CEIU Agents by the MUP indicates that guru.forexclub.us.com, tufibruno.com, and candytop.ch.vu are redirected to the website demotivats.com. The email address provided as an informational contact for demotivats.com is 4sitesjoin@gmail.com .

12. On March 29, 2012, utilizing an undercover email account, CEIU Agents contacted 4sitesjoin@gmail.com requesting access to the website. On the same day, an email was received from kukumberzz@gmail.com indicating that access would be granted after paying a $59.95 fee to http://free-teen-movies.com . A response email was sent from the undercover account requesting additional details of the child pornography content. Kukumberzz@gmail.com responded with a hyperlink and password to a compressed video file located on a file share service (http://cocofires.com). CIEU Agents downloaded the video and examined the contents of the video and determined that it depicted a prepubescent female being vaginally penetrated by an unknown adult male. Shortly thereafter, CEIU Agents

served a preservation letter for the kukumberzz@gmail.com and 4sitesjoin@gmail.com accounts to the legal compliance division of Google, Inc. And a search warrant for the same accounts.

13. On July 6, 2012, CEIU agents received a search warrant return from 1& 1 Media & Mail Inc., which included e-mail traffic between kukumberzz@gmail.com , 4sitesjoin@gmail.com and cpfan01@gmx.com .

14. On September 11, 2012, CEIU agents served a summons for subscriber information to the AT&T Legal Compliance Division for subscriber information related to the cpfan01@gmx.com e-mail address.

15. On September 17, 2012, CEIU Agents received a return of subscriber information from the AT&T Legal Compliance Division.  The subscriber information for cpfan01@gmx.com , was provided under the heading Subscriber Information and Customer Account Details. account number of 42178860 with service since September 23, 2011.

    a.   Name: Mark Phillips
    b.   Credit address: 1422 Wassall St. #200, Wichita, KS 67216
    c.   Alternate e-mail: boliknar@yahoo.com
    d.   Home e-mail: mark.h.phillips66@att.net
    e.   Account number: 42178860
    f.   User Address: 1422 Wassall St. #200, Wichita, KS 67216

16. On October 26, 2012, CEIU Agents sent the lead information concerning e-mail address cpfan01@gmx.com, belonging to Mark Phillips, to HSI Wichita for follow up.  HSI Wichita opened a case based on the information received from CEIU.

17. I reviewed the e-mails between cpfan01@gmx.com and 4sitesjoin@gmail.com and kukumberzz@gmail.com and learned the following information:

    a.   On April 25, 2012, cpfan01@gmx.com wrote to kukumberzz@gmail.com, "when I send payment via Alert pay do I send it to this email address".

    b.   On that same day cpfan01@gmx.com received from kukumberzz@gmail.com  that access would be granted after going to hppt://free-teen-movies.com and paying a $59.95 fee.

    c.   On April 25, 2012, cpfan01@gmx.com, wrote to 4sitesjoin@gmail.com, "please send me info".

    d.   On April 25, 2012, cpfan01@gmx.com, wrote to kukumberzz@gmail.com, "Subject: Here is my login please send my login infor for the four sites", and the message included a receipt for $59.95 and a username of cpfan01@gmx.com with a password from the website.

  e. On April 26, 2012 cpfan01@gmx.com wrote to kukumberzz@gmail.com, "I sent you my info I am still waiting for the passwords and the link to the server."

  f. On April 26, 2012, cpfan01@gmx.com wrote to kukumberzz@gmail.com, "It's been 24 hours since I sent you the email... I still have not heard from you."

  g. On April 27, 2012, cpfan01@gmx.com wrote to kukumberzz@gmail.com, "I sent you the login page as requested and never receive anything in return it has been more than 24 hours. I need the links and passwords for 4 sites."

  h. On April 27, 2012, cpfan01@gmx.com, wrote to kukumberzz@gmail.com, "Let's try this again please send me links and Passwords to site" and included the receipt mentioned before.

  i. On April 27, 2012, kukumberzz@gmail.com, wrote to cpfan01@gmx.com, "Sent! Did you got it?" and cpfan01@gmx.com, responded "got it thanks".

  j. On May 1, 2012, cpfan01@gmx.com wrote to kukumberzz@gmail.com, "I got what you sent... If you could get me in touch with or tell me about any other sites or groups I would appreciate it, kukemberzz@gmail.com, responded on May 7, 2012 with "I have another 2GB of content", to which cpfan01@gmx.com, replied on May 12, 2012, "How would I go about getting access?".

18. The procedure followed by cpfan01@gmx.com mirrors the one followed by CEIU undercover agents, which allowed them access to child pornography. The procedure involves the same email contacts (kukumberzz@gmail.com and 4sitesjoin@gmail.com), as well as the same hyperlink and password set up, as well as the same price quote.

19. Additionally, the name "cpfan01" is suggestive of an individual who is the number one fan of CP. CP is the commonly used acronym for Child Pornography. The user of "cpfan01" appears to have self-identified as an avid consumer of child pornography.

## Characteristics of Child Pornography Offenders

20. I know from my training and experience that the following characteristics are prevalent among individuals who engage in the possession, receipt, and distribution of child pornography:

  a. The majority of individuals who engage in the possession, receipt, and distribution of child pornography are persons who have a sexual attraction

to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by depictions of children that are sexual in nature.

b. The majority of these individuals also collect child erotica, which may consist of images or text that do not rise to the level of child pornography but which nonetheless fuel their sexual fantasies involving children.

c. The majority of individuals who engage in the possession, receipt, and distribution of child pornography often seek out like-minded individuals, either in person or via the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance and support. The different Internet-based vehicles used by such individuals to communicate with each other include, but are not limited to, peer-to-peer, e-mail, bulletin boards, Internet relay chat, newsgroups, instant messaging, and other similar vehicles.

d. The majority of individuals who receive and possess child pornography maintain books, magazines, newspapers and other writings, in hard copy or digital medium, on the subject of sexual activities with children as a way of understanding their own feelings toward children, justifying those feelings and finding comfort for their illicit behavior and desires. Such individuals rarely destroy these materials because of the psychological support they provide.

e. The majority of individuals who receive and possess child pornography often collect, read, copy or maintain names, addresses (including e-mail addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange or commercial profit.

f. The majority of individuals who receive and possess child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect their collection of illicit materials from discovery, theft, and damage.

### Web-based Email Service Providers

21. In my training and experience, I have learned that a variety of third-party web-based electronic mail ("e-mail") service providers exist on the Internet. Examples of well-known third-party web-based email service providers include Yahoo, Gmail, Hotmail. GMX is a similar provider, although less well-known.

22. These providers offer a variety of on-line services to the general public, including email access, usually free of charge. These providers allow subscribers to obtain e-mail accounts at their domain names (for example, yahoo.com or gmx.com). Subscribers obtain an account by registering with these providers. Generally, during the registration process, the provider asks the subscriber to provide basic

personal information. In this way, the servers of the provider are likely to contain stored electronic communications (including retrieved and unretrieved e-mail for e-mail subscribers) and information concerning subscribers and their use of the provider's services, such as account access information, e-mail transaction information, and account application information.

23. In general, an e-mail that is sent to a subscriber is stored in the subscriber's "mail box" on the provider's servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on the servers indefinitely.

24. When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to the provider's servers, and then transmitted to its end destination. Most providers save a copy of the e-mail sent. Unless the sender of the e-mail specifically deletes the e-mail from the server, the e-mail can remain on the provider's system indefinitely.

25. Sent or received e-mail typically includes the content of the message, source and destination addresses, the date and time at which the e-mail was sent, and the size and length of the e-mail. If an e-mail user writes a draft message but does not send it, that message may also be saved by the provider but may not include all of these categories of data.

26. Usually, subscribers can also store files, including e-mails, address books, contact or buddy lists, calendar data, pictures, and other files, on servers maintained and/or owned the respective company. In the case of GMX, their website advertises:

> "File Size is Never a Problem
>
> Unlimited email storage and attachments up to 50 MB. Send 30 high-res photos in just one email. Still not enough? Share enormous files with our free File Storage, which allows you to access your files from any computer. You can even integrate it onto your desktop as a virtual hard drive."

27. Subscribers to these services might not store on their home computers copies of the e-mails stored in their respective accounts. This is particularly true when they access their account through the web, or if they do not wish to maintain particular e-mails or files in their residence.

28. In general, these e-mail providers ask each of their subscribers to provide certain personal identifying information when registering for an e-mail account. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

29. E-mail providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via a website), and other log files that reflect usage of the account. In addition, e-mail providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

30. In some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. E-mail providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

31. In my training and experience, evidence of who was using an e-mail account may frequently be found within address books, contact or buddy lists, e-mails within the account, and attachments to e-mails, including pictures and files. For this reason, review of the contents of the entire email account will be necessary to determine or confirm the user of the account. Because files of child pornography can also be saved in a variety of file formats, including as images imbedded in documents, spreadsheets, webpages or other non-image file-formats. For this reason, review of the contents of each email will be necessary to determine whether such contains or constitutes child pornography.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

32. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require 1&1 Mail & Media Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## III. Conclusion

33. Based on my training, experience, and facts of this case, I believe probable cause exists that the fruits, instrumentalities, and evidence of the above-stated crimes will be found in the GMX e-mail account cpfan01@gmx.com. Accordingly, I submit that there is probable cause to search the account.

34. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on the computer systems in control of 1&1 Mail & Media Inc. there exists evidence of a crime, contraband and/or fruits of a crime. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that the 1&1 Mail & Media Inc. E-Mail account described in Attachment A contains the fruits, instrumentalities, and evidence of crimes described in Attachment B, specifically, that the accounts are used to transport, receive, distribute, possess, and/or access child pornography or other depictions of children being sexually abused. Accordingly, a search warrant is requested.

Mark S. Larkin
Homeland Security Investigations

Subscribed and sworn to before me in my presence on this 3ʳᵈ day of December, 2012.

Kenneth G. Gale
United States Magistrate

9

## **ATTACHMENT A**
### **Property to Be Searched**

This warrant applies to information associated with the following e-mail address:

> cpfan01@gmx.com

That is stored at premises owned, maintained, controlled, or operated by 1&1 Mail & media Inc., an e-mail provider headquartered at 701 Lee Rd., Chesterbrook, PA 19087.

## ATTACHMENT B
### Particular Things to be seized

### I.     Information to be disclosed by 1 & 1 Mail & Media, Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of 1 & 1 Mail & Media, Inc., including any e-mails, records, files, logs, or information that have been deleted but are still available to 1 & 1 Mail & Media, Inc. or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), 1 & 1 Mail & Media, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      The contents of all e-mails associated with the account (including attachments), including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

d.      All records pertaining to communications between 1 & 1 Mail & Media, Inc. and any person regarding the account, including contacts with support services and records of actions taken.

### II.    Information to be seized by the government

a.      All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 USC §2252 (a), certain activities relating to material involving the sexual exploitation of minors, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:
data tending to show the user of the account, including but not limited to subscriber information, IP logs, address books, friend-lists or buddy-lists, headers, salutations, and email content referencing the user or other identifier information such as credit card numbers, phone numbers or physical addresses; content that is child pornography or indicative of an interest in the sexual exploitation of children, including but not limited to images of child pornography, images of child erotica, communications about child pornography or the possession, receipt, distribution or production of such materials or the sexual exploitation of children, communications about literature or writings related to the sexual exploitation of children.

b.      Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct. I am employed by 1 & 1 Mail & Media, Inc.

and my official title is _____ . I am a custodian of records for 1 &

1 Mail & Media, Inc. I state that each of the records attached hereto is the original record or a

true duplicate of the original record in the custody of 1 & 1 Mail & Media, Inc. and that I am the

custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state

that:

      a.     all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person with

knowledge of those matters;

      b.     such records were kept in the ordinary course of a regularly conducted business

activity of 1 & 1 Mail & Media, Inc.; and

      c.     such records were made by 1 & 1 Mail & Media, Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____    _____

Date                        Signature